ROSE M. PALMER and LILLIAN PALMER, Respondents, v. ROTARY REALTY COMPANY, Appellant.— Motion granted, and time to file printed papers and briefs extended until twenty days after settlement of the case by the trial justice, without costs, and motion otherwise denied. Present — Mills, Putnam, Blackmar and Kelly, JJ.

JOHN B. REIMER, Respondent, v. JOSEPH NAUGHTON and Another, Appellants, and Others, Defendants.— Motion granted. The time for appellants to file the printed case extended to and including the 5th day of March, 1920, and case placed at the foot of the calendar for the March term, without costs. Present — Mills, Putnam, Blackmar and Kelly, JJ.

THE ANTONIO PEPE COMPANY, Appellant, v. BORIS HERSHENOV, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

CLARRY LUMBER COMPANY, INC., Respondent, v. JAMES P. O'CONNELL, Appellant, Impleaded with WILLIAM S. LEAHY, Defendant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

HOWARD E. GREIMS, Appellant, v. UTICA GAS AND ELECTRIC COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Benedict at Special Term. (Reported in 110 Misc. Rep. 728.) Mills, Rich, Putnam, Blackmar and Jaycox, JJ., concur.

FREDERICK W. HOTTENROTH, Respondent, v. WILLIAM HASTORF, Appellant.— Judgment reversed, with costs, and complaint unanimously dismissed, with costs, upon the ground that the alleged contract upon which the action is based was void because such alleged contract or some note or memorandum thereof expressing the consideration was not in writing subscribed by the defendant or by his lawfully authorized agent. (Real Prop. Law, § 259.) Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK Appellant, Relative to Acquiring Title to Certain Uplands, etc., on OTSEGO STREET, etc. THE FIRST CONSTRUCTION COMPANY OF BROOKLYN and Others, Respondents.— Order confirming report of commissioners affirmed, with ten dollars costs and disbursements to each respondent who appeared on the appeal. No opinion. Mills, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.